UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUSLEH LUDI and NARGIS SULTANA,

    Plaintiffs,

v.

THERESA MAYLONE and JEROME WREN,

    Defendants.

                                   /

Case No. 16-14410

Honorable Nancy G. Edmunds

## ORDER OF REMAND AS TO PLAINTIFFS' STATE LAW CLAIMS

Plaintiffs Musleh Ludi and Nargis Sultana filed this suit against two Michigan State Police Officers seeking, among other things, the return of certain property seized during a search of their residence. The Complaint alleges violations of the United States Constitution under 42 U.S.C. § 1983. Additionally, Plaintiffs have filed two state law claims for conversion. On December 20, 2016, Defendants properly removed the matter to this Court.

Seeing as the parties to this matter are non-diverse, this Court declines to exercise supplemental jurisdiction over the state law claims pled in Counts I and II of the Complaint. *See* 28 U.S.C. § 1367(c); *Moor v. County of Alameda*, 411 U.S. 693, 716 (U.S. 1973); *Padilla v. City of Saginaw*, 867 F. Supp. 1309 (E.D. Mich. 1994). Thus, pursuant to 28 U.S.C. § 1367(c), Plaintiffs' State law claims are hereby REMANDED to Wayne County Circuit Court, 16-012216-NZ. This Court will retain jurisdiction over Plaintiffs' federal claims only.

SO ORDERED

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: February 1, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 1, 2017, by electronic and/or ordinary mail.

s/Carol J. Bethel
Case Manager